[No. 32625-2-I.    Division One.    November 14, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
DOUGLAS SHELLY-MOODY, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 92-1-00695-5, David A. Nichols, J., entered
March 30, 1993. *Reversed* by unpublished per curiam opin-
ion.

[No. 30467-4-I.    Division One.    November 14, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK
DAVID JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-8-04525-1, George T. Mattson, J., entered
April 21, 1992. *Dismissed* by unpublished per curiam opin-
ion.

[Nos. 33171-0-I; 34128-6-I.    Division One.    November 14, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN W.
MICHE, *Appellant*.

Appeals from a judgment of the Superior Court for King
County, No. 92-1-07380-0, Laura Inveen, J., entered July 12,
1993. *Affirmed in part* and *dismissed* by unpublished per
curiam opinion.

[No. 32512-4-I.    Division One.    November 14, 1994.]

WRIGHT, INC., *Appellant*, v. ECKER EMPIRE ELECTRICAL
Co., *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-15226-8, Donald D. Haley, J., entered Janu-
ary 29, 1993. *Affirmed* by unpublished per curiam opinion.